UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANNY RODRIGUEZ,<br><br>                              Plaintiff,<br><br>                         -against-<br><br>DETECTIVE DONALD DERIENZO,<br><br>                              Defendant. | 20-CV-0087 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 7, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 7, 2020
            New York, New York

                                                          COLLEEN McMAHON
                                                Chief United States District Judge